**AFFIDAVIT OF SERVICE**

Index #: __08 CIV 6985__
Date Purchased: __August 5, 2008__
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
**COUNTY**

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York N.Y. 10007  File No.:

**UNITED STATES OF AMERICA,**
vs.
**GENE MORETTI,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU   SS.:

__DAVID LEVINE__, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On __August 15, 2008__ at __1:18 PM__ at __11 BRONX RIVER RD APT 3I YONKERS, NY 10704__, deponent served the within **Summons and Verified Complaint**

with Index Number __08 CIV 6985__, and Date Purchased __August 5, 2008__ endorsed thereon,
on: **GENE MORETTI**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to __MR MORETTI - COTENANT__ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]  On __August 18, 2008__, deponent completed service under the last two sections by depositing a copy of the __Summons and Verified Complaint__ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex __Male__   Color of skin __White__   Color of hair __Black__   Age __21 - 35 Yrs.__   Height __5' 9" - 6' 0"__
Weight __161 - 200 Lbs.__   Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARY SRVC** [X]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [ ]

Sworn to before me on this __21__ day of __August, 2008__

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2012

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2012

DAVID LEVINE
Server's Lic # 0778982
Work Order # 0837790

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382